UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          :

ADRIENNE LEE   NAGLE

                                                                                   : Chapter 13

           Debtor(s)                                       : Bankruptcy No. 19-12865ELF


# O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 26, 2019**

_____
Eric L. Frank,
U.S. Bankruptcy Judge