United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12865-elf
Adrienne Lee Nagle                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Randi              Page 1 of 2             Date Rcvd: Sep 26, 2019
                            Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db          +Adrienne Lee Nagle,    726 Golden Drive,    Blandon, PA 19510-9662
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14319110    ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
              PLANO TX 75093-4805
             (address filed with court: Credit Protection Assoc.,    13355 Noel Road Ste 2100,
              Dallas, TX 75240)
14319109    +Conver Healthcare Recovery,    121 Ne Jefferson St.,    Suite 100,    Peoria, IL 61602-1229
14319111    +Ditech Financial LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
14319112    +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
14319113    +Homeowners Association,    Park Place Homeowners Association,    PO Box 354,
              Blandon, PA 19510-0354
14319115     TekCollect Inc.,   PO Box 1269,    Carey, OH 43316
14352074    +The Bank of NY Mellon,    Carrington Mortgage Services, LLC,    1600 South Douglass Road,
              Anaheim, CA 92806-5948
14319116    +Torres Crdit,    Tcs Inc.,   PO Box 189,    Harrisburg, PA 17108-0189
14319117    +Visions FCU,    24 McKinley Avenue,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:32     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14319107    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 27 2019 03:07:55
              Berks Credit and Collection,    PO Box 329,    Temple, PA 19560-0329
14344005     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:31     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14319114    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 03:07:24     Midland Funding,
              2365 Northside Dr. Ste 30,    San Diego, CA 92108-2709
14346193    +E-mail/Text: ecfbankruptcy@progleasing.com Sep 27 2019 03:07:27     NPRTO North-East, LLC,
              256 West Data Drive,    Draper, UT 84020-2315
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14319108*    +Berks Credit and Collection,   PO Box 329,    Temple, PA 19560-0329
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Adrienne Lee Nagle tobykmendelsohn@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com

```
District/off: 0313-4          User: Randi              Page 2 of 2            Date Rcvd: Sep 26, 2019
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ADRIENNE LEE  NAGLE

                                                          : Chapter 13

            Debtor(s)                                     : Bankruptcy No. 19-12865ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 26, 2019**

_____
Eric L. Frank,
U.S. Bankruptcy Judge